UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA, CENTRAL DIVISION

FILED
OCT 19 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TOMAS LICKNESS, | \* | CIV. 07-3039 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER OF DISMISSAL |
| TAK VENTURES, LLC, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon the Stipulation for Dismissal entered into by Plaintiff Tomas Lickness, by and through his attorney, Gail C. Eichstadt, South Dakota Advocacy Services, and Defendant TAK Ventures, d/b/a Kings Inn Hotel & Convention Center, by and through its attorneys, Thomas M. Maher and Thomas P. Maher, and it appearing to the Court that the parties are desirous of having the matter dismissed; and the Court being fully advised in the premises and good cause appearing therefore, it is hereby

ORDERED that the above-captioned action be, and the same hereby is, dismissed with prejudice, and with each party to be responsible for their attorney's fees and costs incurred in this matter.

Dated this 16th day of October, 2009.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:

JOSEPH A. HAAS, CLERK

By: _____
DEPUTY

(SEAL)